**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHIHEE DONVELL HATCHETT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 09-1708** |
| | : | |
| **COUNTY OF PHILADELPHIA**, *et al.* | : | |

## ORDER

**AND NOW**, this 15th day of October, 2010, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. §§ 1997e(d) & 1988 (Document No. 56), the defendant's response and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**, and the plaintiff is awarded attorneys' fees in the amount of $80,581.95.

        /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.